JOHN DI MARIA v. BOARD OF TRUSTEES OF THE PUBLIC
EMPLOYEES' RETIREMENT SYSTEM.

December 6, 1988.

Petition for certification denied. (See 225 *N.J.Super.* 341)

IN THE MATTER OF THE ESTATE OF CLARENCE
NAGRO, DECEASED.

December 6, 1988.

Petition for certification denied.

RIEDER COMMUNITIES, INC., D/B/A DAYTON
SQUARE, ET AL. v. TOWNSHIP OF NORTH BRUNSWICK, ET AL.

December 6, 1988.

Petition for certification denied. (See 227 *N.J.Super.* 214)